# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. **1:16cr22-MW/GRJ**

**AMANDA R. GRUENWALD,**

    **Defendant.**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 16, to which there has been no timely objection, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the Defendant to Count One of the Indictment against her is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

    **SO ORDERED on November 18, 2016.**

                                           **s/Mark E. Walker            **
                                           **United States District Judge**

*Case No: 3:02cv11/LAC/MD*